# GIRARD GIBBS
###### L L P

ATTORNEYS AT LAW

**Daniel C. Girard**
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800 (p)
(415) 981-4846 (f)
dcg@girardgibbs.com
www.girardgibbs.com

July 21, 2016

**VIA FEDERAL EXPRESS**



Clerk of the Court
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave. NW
Washington, DC 20001

**Re:** *Orange Middle East and Africa f/k/a France Cables et Radio v. Republic of Equatorial Guinea,* **1:15-cv-00849-RMC (D.D.C.)**

Dear Clerk of the Court,

The materials enclosed are submitted in connection with a request for service by the Clerk of the Court on a foreign state under 28 U.S.C § 1608(a)(3).

Enclosed herein are **two copies** of each of the following:

1) *Affidavit Requesting Foreign Mailing* (and Letter to Clerk dated June 30, 2016).
2) *Notice of Electronic Filing* of the Affidavit Requesting Foreign Mailing.
3) Copy of the *Summons, Petition*, and *Notice of Suit* with Spanish translations of each of the foregoing.
4) Additional documents filed at the time the case was opened with Spanish translations for each of the foregoing.
    a. *Civil Cover Sh*eet
    b. *Declaration of Gerald Mazziotto*
    c. *Arbitral Award*
        i. Includes original French version and English/Spanish translations
    d. *Settlement Agreement*
        i. Includes original French version and English/Spanish translations
    e. *Paris Court of Appeals Order*
        i. Includes original French version and English/Spanish translations

To effect service of the above documents on the Republic of Equatorial Guinea pursuant to 28 U.S.C § 1608(a)(3) we also enclose the following:

1) DHL document envelope for Respondent Republic of Equatorial Guinea addressed to the head of the ministry of foreign affairs
2) DHL International Shipment Waybill for Respondent Republic of Equatorial Guinea

601 California Street, Suite 1400
San Francisco, CA 94108
T. 415-981-4800, F. 415-981-4846

1828 L Street, NW, Suite 1000
Washington, DC 20036
T. 202-407-7272, F. 202-407-7274

711 Third Avenue, 20th Floor
New York, NY 10017
T. 212-867-1721, F. 212-867-1767

      We request that as Clerk of the Court, you stamp the second set of the enclosed documents and return it to Girard Gibbs LLP in the prepaid, self-addressed envelope provided.

      Should you have any questions concerning this request, please direct it to the undersigned at 415-544-6421.

      We thank you for your assistance in this matter.

      Yours very truly,

      */s/Daniel C. Girard*

      Daniel C. Girard (*pro hac vice*)

*601 California Street, Suite 1400*  
*San Francisco, CA 94108*  
*T. 415-981-4800, F. 415-981-4846*

*1828 L Street, NW, Suite 1000*  
*Washington, DC 20036*  
*T. 202-407-7272, F. 202-407-7274*

*711 Third Avenue, 20th Floor*  
*New York, NY 10017*  
*T. 212-867-1721, F. 212-867-1767*